UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FABIAN VAKSMAN,

    Plaintiffs,

v.

TIMOTHY L. WALTERS, CHIEF OF POLICE, ET AL., EASTERN WASHINGTON UNIVERSITY,

    Defendants.

NO. CV-08-225-RHW

**ORDER OF DISMISSAL**

By previous Order, the Court found the complaint in the above-captioned matter to be legally deficient, and granted Plaintiff leave to amend (Ct. Rec. 7). Plaintiff was cautioned that his failure to do so within sixty days would result in dismissal of the action for failure to state a claim under 28 U.S.C. § 1915(e). Plaintiff has filed nothing since the Court's order.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned complaint is dismissed with prejudice.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward a copy to Plaintiff, and **close the file**.

**DATED** this 5th of January, 2009.

    *S/ Robert H. Whaley*

    ROBERT H. WHALEY
    Chief United States District Judge

Q:\CIVIL\2008\Vaksman\dismiss.ord.wpd

**ORDER OF DISMISSAL** * 1